## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT            )
CORPORATION and LAW DEBENTURE      )
TRUST COMPANY OF NEW YORK,         )
                                   )
            Movants,               )
                                   )
    v.                             )          C.A. No. 04-1495-JJF
                                   )
NORTHWESTERN CORPORATION,          )
                                   )
            Respondent.            )

### STIPULATED DISMISSAL OF MOTION TO WITHDRAW REFERENCE

Movants Magten Asset Management Corporation and Law Debenture Trust Company of New York and respondent, debtor below, Northwestern Corporation, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the captioned proceeding on the basis that movants' motion for the withdrawal of reference (D.I. 18 of Adv. Proc. No. 04-55051) has been mooted by the Bankruptcy Court's order dismissing the underlying adversary proceeding (D.I. 94 of Adv. Proc. No. 04-55051).

This dismissal is without prejudice to the separate motion to withdraw docketed at 04-1494-JJF and the appeal docketed at 05-0548-JJF – as well as to any other related matters before the Court – which remain pending.

120087.01600/40156648v.1

Respectfully submitted,


**BLANK ROME LLP**                              **SMITH KATZENSTEIN & FURLOW LLP**


  /s/  Elio Battista, Jr.                        /s/  Kathleen M. Miller

Elio Battista, Jr. (I.D. No. 3814)                  Kathleen M. Miller (I.D. No. 2898)
1201 Market Street, Suite 800                      800 Delaware Avenue
Wilmington, DE  19801                              P.O. Box 410
Telephone: (302) 425-6400                          Wilmington, DE 19899
battista@blankrome.com                             Telephone:  (302) 652-8400
                                                   kmiller@skfdelaware.com
Attorney for Magten Asset Management
Corporation and Talton R. Embrey                   Attorney for Law Debenture Trust Company
                                                   of New York


**GREENBERG TRAURIG, LLP**


  /s/  William E. Chipman, Jr.

William E. Chipman, Jr. (I.D. No. 3818)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000
chipmanw@gtlaw.com

Attorney for Northwestern Corporation


Dated:  September 16, 2005

2